JULY 11, 1949

No. 7716.——*W. T. Grant Co.* v. *United States.* Entered at New York, N. Y. (Not published.) Motion by plaintiff.